# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| ALEXANDER M. EDWARDS, | ) | |
|     Petitioner, | ) | Civil Action No. 7:18cv00167 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| TRACY RAY, | ) | By: Norman K. Moon |
|     Respondent. | ) | United States District Judge |

By order entered April 16, 2018, the court conditionally filed this action and directed Edwards to provide certain financial, timeliness, and exhaustion information before the court would proceed with his petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. The court advised Edwards that failure to comply with the court's order within twenty days would result in dismissal of his petition without prejudice. Edwards did not respond. Inasmuch as the time to respond has passed and Edwards has failed to comply with the court's order, I will dismiss this action without prejudice. Edwards is advised that he may refile his claims in a separate action, subject to the applicable statute of limitations.

    **ENTER**: This 14th day of May, 2018.

                                                /s/ Norman K. Moon
                                                NORMAN K. MOON
                                                UNITED STATES DISTRICT JUDGE