**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| ALEXANDER M. EDWARDS, | ) | |
| Petitioner, | ) | Civil Action No. 7:18cv00167 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TRACY RAY, | ) | By: Norman K. Moon |
| Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this action is **DISMISSED without prejudice** and **STRICKEN** from the active docket of the court.

Further, finding that Edwards has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk shall send a copy of this order to petitioner.

**ENTER**: This  14th  day of May, 2018.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE